# United States Bankruptcy Court
## District of Colorado

| | | | |
|---|---|---|---|
| In re | **Agasga Corp.** | Case No. | |
| | Debtor(s) | Chapter | **7** |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Agasga Corp.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 27, 2026**
Date

**/s/ Aaron A. Garber**
**Aaron A. Garber 36099**
Signature of Attorney or Litigant
Counsel for **Agasga Corp.**

**Wadsworth Garber Warner Conrardy, P.C.**
**2580 West Main Street**
**Suite 200**
**Littleton, CO 80120**
**303-296-1999 Fax:303-296-7600**
**agarber@wgwc-law.com**