**United States Bankruptcy Court**
**For the District of Colorado**

In re:                                                          )
Agasga Corp.                                              )          Bankruptcy Case No. 26-15419-TBM
                                                                 )          Chapter  7
                                                                 )
Debtor(s).                                                 )

## NOTICE OF DEFICIENCY

The following missing documents are required for your case and are due **Monday, August 10, 2026:**

  • Corporate Resolution

**Your case is subject to dismissal if you fail to file the missing documents by the above date.**[1]

Date: 7/28/2026                                    Kenneth S. Gardner, Clerk
                                                          U.S. Custom House, 721 19th Street, Denver, CO 80202

Create your "List of Creditors" online: http://www.cob.uscourts.gov/efile/sam/signup.aspx
The Official Bankruptcy Forms are available at http://www.uscourts.gov/forms/bankruptcy-forms
The Official Local Bankruptcy Forms are available at http://www.cob.uscourts.gov/forms/all-forms
For more information on how to file the missing document(s) or information about your case:
        Call: 720-904-7300
        Live Chat Online: www.cob.uscourts.gov

---

[1]  See 11 U.S.C. § 521 and/or 11 U.S.C. §1116, Federal Rule of Bankruptcy Procedure 1007 and/or 3015, and/or Local Bankruptcy Rule 1007-6, and 1007-7.