UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                    )
                                                          )        Case No. 26-15419 TBM
AGASGA CORP.                                              )
                                                          )        Chapter 7
        Debtor.                                           )

### CORPORATE RESOLUTION TO RETAIN COUNSEL
### AND TO FILE A CHAPTER 11 CASE

The undersigned, an officer of Agasga Corp, a Colorado Corporation (the "**Company**"), hereby:

"Whereas, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Shayne Barrieault, Secretary and Treasurer of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Shayne Barrieault, Secretary and Treasurer of the Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, the Company is authorized and directed to employ Aaron A. Garber, attorney and the law firm of Wadsworth Garber Warner Conrardy, P.C. to represent the Company in such bankruptcy case."

**IN WITNESS WHEREOF**, the undersigned has recorded this resolution effective this 27th day of July, 2026.

/s/ Shayne Barrieault
Shayne Barrieault, Secretary and Treasurer