United States Bankruptcy Court
District of Colorado

In re: Case No. 26-15419-TBM
Agasga Corp. Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1 User: admin Page 1 of 1
Date Rcvd: Jul 28, 2026 Form ID: pdf906 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Agasga Corp., 16583 Longs Peak Rd, Greeley, CO 80631-9410 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron A Garber | on behalf of Debtor Agasga Corp. agarber@wgwc-law.com ngarber@wgwc-law.com;8931566420@filings.docketbird.com,8931566420@filings.docketbird.com |
| Harvey Sender | HSender@Sendersmiley.com Hsender@sendersmiley.com;ecf.alert+sender@titlexi.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 3

**United States Bankruptcy Court**
**For the District of Colorado**

| | | |
|---|---|---|
| In re: | ) | |
| Agasga Corp. | ) | Bankruptcy Case No. 26-15419-TBM |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

## NOTICE OF DEFICIENCY

The following missing documents are required for your case and are due **Monday, August 10, 2026:**

- Corporate Resolution

**Your case is subject to dismissal if you fail to file the missing documents by the above date.**[1]

Date: 7/28/2026

Kenneth S. Gardner, Clerk
U.S. Custom House, 721 19th Street, Denver, CO 80202

Create your "List of Creditors" online: http://www.cob.uscourts.gov/efile/sam/signup.aspx
The Official Bankruptcy Forms are available at http://www.uscourts.gov/forms/bankruptcy-forms
The Official Local Bankruptcy Forms are available at http://www.cob.uscourts.gov/forms/all-forms
For more information on how to file the missing document(s) or information about your case:

Call: 720-904-7300
Live Chat Online: www.cob.uscourts.gov

[1] See 11 U.S.C. § 521 and/or 11 U.S.C. §1116, Federal Rule of Bankruptcy Procedure 1007 and/or 3015, and/or Local Bankruptcy Rule 1007-6, and 1007-7.